## CITY OF STAMFORD v. ZDRAVKO KOVAC

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 599 (AC 11526), is denied.

*Sigmund L. Miller,* in support of the petition.

Decided September 15, 1993

## CITY OF STAMFORD v. ZDRAVKO KOVAC

The plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 599 (AC 11526), is granted, limited to the following issue:

"Under the circumstances of this case, did the proceeding on the motion to reargue cure the trial court's failure to provide oral argument on the defendant's objection to the acceptance of the attorney trial referee's report?"

The Supreme Court docket number is SC 14832.

*James V. Minor,* assistant corporation counsel, in support of the petition.

*Sigmund L. Miller,* in opposition.

Decided September 15, 1993

## STATE OF CONNECTICUT v. ANTHONY LEE CLEMONS

The state of Connecticut's petition for certification for appeal from the Appellate Court, 31 Conn. App. 614 (AC 10451), is denied.

*Frederick W. Fawcett,* assistant state's attorney, in support of the petition.

*Theresa M. Dalton,* assistant public defender, in opposition.

Decided September 15, 1993